**Dated: July 12, 2013,  10:53 AM**

**The following is ORDERED:**



Niles Jackson
United States Bankruptcy Judge

_____

**UNITED STATES BANKRUPTCY COURT OF THE
WESTERN DISTRICT OF OKLAHOMA**

IN RE:      ORVILLE LYNN RATLEY,       )
            NORA FAHY RATLEY,           )   Case No. 12-11418 NLJ
                    Debtors.            )   Chapter 13

**ORDER AS TO DEBTORS' MOTION TO MODIFY CHAPTER 13 PLAN AND FOR COMPENSATION**

NOW, upon the Motion of the Debtors, Orville & Nora Ratley, by and through counsel, James E. Palinkas, to Modify Chapter 13 Plan, and based upon representations of counsel for the debtor:

1. That on or about March 23, 2012, the debtors filed a Chapter 13 petition for relief, which was subsequently confirmed as a 100% Plan @ 60-months, paying 100% to the unsecured creditors with Plan payments of $1,660 and that based upon claims not filed the debtors' Plan was modified on 06/11/2013 to reduce their remaining Plan payment to $1,465 per month.

2. That the Debtor is now being furloughed beginning in July for approximately one day per week during the next three months at his place of employment.

3. That the debtors are currently paying their Plan payment by way of wage deduction and do not want to disturb said wage deduction, but that they have requested that the chapter 13 Trustee's office partially suspend their July, August & September Plan payments to a minimum of $750 per month and return $600 per month to the debtors during the furlough months of July, August & September, 2013.

4. That the debtors request that after the partial suspension period of July, August & September of 2013, they be treated as current through June of 2013 and to modify

   their remaining Plan payments to $1,515 per month, beginning with the October 2013 Plan payment to accommodate the partially suspended Plan payments during the furlough.

5. That counsel represents that the motion was filed on June 11, 2013, and served on all parties in interest pursuant to Local Bankruptcy Rule 9007; and that the last date for fling objections was July 5, 2013, which has passed with no objection thereto being served and filed. Therefore, the motion should be granted.

6. That Debtors' counsel should be allowed an addition attorney fee of $500 to accommodate this Modification.

   **IT IS THEREFORE ORDERED** that the Debtors shall be allowed to partially suspend their July, August & September Plan Payments from $1,465 per month to a minimum of $750 per month and be treated as current through June, 2013 and that the Debtors' wage deduction shall not be changed until October, but that the chapter 13 Trustee shall refund $600 per month, for July, August & September, 2013 to the Debtors during their furlough.

   **IT IS FURTHER ORDERED** that the Debtors' wage deduction be changed from $1,465 per month to $1,515 per month, beginning in October of 2013, to accommodate the 3-month partial suspension period.

   **IT IS FURTHER ORDERED** that Debtors' counsel shall be allowed an additional attorney fee of $500 for bringing this Motion & Order before the Court.

###

APPROVED FOR ENTRY:

/s/ James E. Palinkas
JAMES E. PALINKAS, OBA #15037
Attorney for Debtors
318 N. Broadway
Shawnee, OK 74801
(405) 275-0216
(405) 275-0286

/s/ Linda Ruschenberg
Linda Ruschenberg, OBA #12842
Attorney to Chapter 13 Trustee
321 Dean A. McGee Ave.
P.O. Box 1948
Oklahoma City, OK 73101-1948
13trustee@chp13okc.com
(405) 236-4843
(405) 236-1004 (FAX)